■ In the Matter of RONALD GREEN, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Determination annulled, on the law, and petition granted (see, mem in Matter of Lahey v Kelly, 125 AD2d 923 [decided herewith]). All concur, except Balio, J., who dissents and votes to confirm the determination (see, dissenting mem in Matter of Lahey v Kelly, 125 AD2d 923, 924–926 [decided herewith], supra). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Callahan, J. P., Denman, Boomer, Pine and Balio, JJ.